MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:  (415) 436-7017
 Fax:           (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0486 WHA |
| Plaintiff, ) | |
| ) | STIPULATION TO SCHEDULE STATUS |
| v. ) | CONFERENCE AND TO EXCLUDE TIME |
| ) | UNDER SPEEDY TRIAL ACT AND |
| JOHN KIERAN HYNES, ) | [Proposed] ORDER THEREON |
| ) | |
| Defendant. ) | |

   For the reason that defendant's counsel requires reasonable time to review extensive discovery already produced in this matter, to prepare this material for trial, and to prepare witnesses for trial, it is hereby stipulated by and between Plaintiff, the United States of America, and Defendant, John Kiernan Hynes, through their respective counsel, as follows:

   1. That a status conference in this matter be scheduled for November 13, 2012, at 2:00 p.m; and

   2. That the period of delay from September 18, 2012, to November 13, 2012, shall be excluded pursuant to 18 U. S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) as the ends of justice served by this exclusion allowing for continuity of counsel, ongoing discovery production and review,

//

//

and for adequate trial preparation in this matter outweigh the best interest of the public and the Defendant in a speedy trial.

|  |  |
|---|---|
|  | MELINDA HAAG<br>United States Attorney |
| /s/<br>JOHN M. YOUNGQUIST<br>Attorney for John Keiran Hynes | /s/<br>THOMAS MOORE<br>Assistant United States Attorney<br>Chief, Tax Division |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 19, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

APPROVED
Judge William Alsup

STIP. TO EXCLUDE TIME &
[Proposed] ORD. THEREON (No. CR-120486 WHA)    2