MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    FAX:      (415) 436-7009

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 12-00486-WHA |
|     Plaintiff,  ) | |
| v.  ) | STIPULATION TO DISCLOSE GRAND JURY INFORMATION AND [~~PROPOSED~~] ORDER |
| JOHN KIERAN HYNES,  ) | |
|     Defendant.  ) | |

For the reason that the trial of this matter is set for March 25, 2013, and because the United States and the defendant are preparing this matter for trial and because they are also attempting to resolve this matter,

    It is hereby stipulated by and between Plaintiff United States of America and Defendant John Kieran Hynes, through their respective counsel, as follows:

1. Pursuant to 18 U.S.C. § 3500 the Untied States may, at this time, disclose any Rule 6(e) grand jury testimony of its anticipated trial witnesses to defendant's counsel for use in the preparation and trial of this matter, and at the conclusion of the trial of this matter or upon entry of a guilty plea in this matter, defendant's counsel shall destroy such information; and

2. In the event the defendant enters a guilty plea in this matter, the United States Attorney may disclose any grand jury information in this matter to the Internal Revenue Service

for its use in the determination and litigation of any civil tax obligations arising from the investigation and prosecution of this matter.

MELINDA HAAG
United States Attorney

/s/
JOHN YOUNGQUIST
Attorney for the Defendant

/s/
THOMAS MOORE
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 11, 2013.

UNITED STATES DISTRICT JUDGE
William Alsup